# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIMBERLY ANN MIZE and <br> JEROME S. HERRON, <br><br> Plaintiffs, <br><br> vs. <br><br> GRANITE CITY POLICE DEPT., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL NO. 08-cv-571-WDS <br> ) <br> ) <br> ) <br> ) |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

Plaintiffs filed this action asserting various violations of their constitutional rights. The Court advised Plaintiffs of the consequences of multi-party litigation and gave each an opportunity to withdraw (*see* Doc. 5). Plaintiff Mize has now filed a motion to withdraw from this action (Doc. 6). Nothing has been received from Plaintiff Herron, but the Court notes that communications from the Clerk to Herron have been returned as undeliverable (*see* Docs. 4, 7). Furthermore, Herron did not sign the original complaint (Doc. 1), nor did he file a motion for leave to proceed *in forma pauperis*.

**IT IS THEREFORE ORDERED** that Mize's motion to withdraw is **GRANTED**, and this action is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

**DATED: October 20, 2008.**

              **s/ WILLIAM D. STIEHL**
              **DISTRICT JUDGE**